MEMORANDUM OPINION




No. 04-03-00596-CV



IN THE INTEREST OF R.C., a Child



From the 45th Judicial District Court, Bexar County, Texas


Trial Court No. 2002-PA-01379


Honorable Andy Mireles, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Paul W. Green, Justice


Delivered and Filed: October 29, 2003


DISMISSED

 Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to
appellees, who have not opposed the motion. Therefore, we grant the motion and dismiss the appeal. See
Tex. R. App. P. 42.1(a)(2). No costs shall be assessed against appellant in relation to this appeal because
he qualifies as an indigent under Tex. R. App. P. 20.

 PER CURIAM